Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−18105−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carolina Cardona−Alvaran
    119 Reid Avenue
    Bergenfield, NJ 07621

Social Security No.:
    xxx−xx−1469

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2026.

Dated: March 16, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-18105-JKS

Carolina Cardona-Alvaran                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                 Page 1 of 3

Date Rcvd: Mar 16, 2026                         Form ID: plncf13                            Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolina Cardona-Alvaran, 119 Reid Avenue, Bergenfield, NJ 07621-1925 |
| cr | + | Jenelle C. Arnold ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |
| 520765601 | + | Erick O. Benitez, 119 Reid Avenue, Bergenfield, NJ 07621-1925 |
| 520765609 | + | Lakeview Loan, PO Box 818060, Cleveland, OH 44181-8060 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2026 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2026 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520765596 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 16 2026 21:33:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 520799209 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2026 21:40:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520765597 | + | Email/PDF: bncnotices@becket-lee.com | Mar 16 2026 21:40:14 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520765598 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520765599 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:31:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520816165 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520765600 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 16 2026 21:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520799150 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 16 2026 21:31:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 520765602 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 21:40:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520839850 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 21:40:16 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520765603 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 21:40:16 | Citibank/Best Buy, Attn: Bankruptch Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520765604 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 21:40:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520765605 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0312-2 · · · · · · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · · · · · · · · · · · · Page 2 of 3

Date Rcvd: Mar 16, 2026 · · · · · · · · · · · · · · · · · · Form ID: plncf13 · · · · · · · · · · · · · · · · · · · · · Total Noticed: 31

|  |  |  |
|---|---|---|
|  | Mar 16 2026 21:32:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520765606 + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2026 21:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520765610 Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 21:40:24 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520765607 Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 16 2026 21:32:00 | Fm/citizens, 121 South 13th Street, Lincoln, NE 68508 |
| 520765608 + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 21:40:02 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520821864 Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 21:40:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520834780 + Email/Text: nsm_bk_notices@mrcooper.com | Mar 16 2026 21:32:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520832826 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 21:40:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520866150 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2026 21:40:14 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 520765611 + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 21:40:19 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520765612 + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 21:40:10 | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 520783484 Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520765613 + Email/Text: USB_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:33:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026 · · · · · · · · · · · · · Signature: · · · · · · · /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

District/off: 0312-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Mar 16, 2026                          Form ID: plncf13                          Total Noticed: 31

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Carolina Cardona-Alvaran ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4